# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLES HAMNER

VERSUS

COLLEGE DRIVE HOLDING, LLC,
LIVE OAK ARABIANS, INC.,
COVINGTON & ASSOCIATES REAL
ESTATE, LLC., ABC INSURANCE
COMPANY, TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT AND
STATE FARM FIRE AND CASUALTY
COMPANY

NO.   2023 CW 0854

NOVEMBER 1, 2023

---

In Re:    Travelers Indemnity Company of Connecticut, Live Oak
          Arabians, Inc., College Drive Holdings, LLC, and
          Covington and Associates Real Estate, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 713486.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

   **WRIT GRANTED.**   The district court's July 6, 2023 judgment
denying the declinatory exception of insufficiency of service of
process filed by defendants, Travelers Indemnity Company of
Connecticut, Live Oak Arabians, College Drive Holdings, LLC, and
Covington and Associates Real Estate, is reversed.   Plaintiff,
Charles Hamner, failed to show good cause for not timely
requesting service on the defendants. See La. Code Civ. P. arts.
1201 and 1672; **Dominick v. Grambling State University by and
Through Board of Supervisors for University of Louisiana,** 2019-
1402 (La. App. 1st Cir. 7/24/20), 309 So.3d 384.   We therefore
grant the exception of insufficiency of service of process and
dismiss plaintiff's claims against defendants without prejudice.

**JEW**
**EW**

   **Holdridge, J.,** concurs.   Dismissal of this action does not
affect the plaintiff's ability to refile his petition, as his
original petition interrupted prescription. See La. Civ. Code
arts. 3463(A) and 3466; see, e.g., **Bordelon v. Medical Center of
Baton Rouge,** 2003-0202 (La. 10/21/03), 871 So.2d 1075.

COURT OF APPEAL, FIRST CIRCUIT

a.s.~

---
DEPUTY CLERK OF COURT
FOR THE COURT